No. 11–617. PROBERT ET AL. *v.* FAMILY CENTERED SERVICES OF ALASKA, INC., ET AL. C. A. 9th Cir. Certiorari denied. ■

No. 11–634. CELAJ *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 11–670. BOWIE *v.* MADDOX, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS INSPECTOR GENERAL, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 11–791. KING *v.* CLAYTON COUNTY SCHOOL SYSTEM ETHICS COMMISSION ET AL. Ct. App. Ga. Certiorari denied. ■

No. 11–797. MOYER ET AL. *v.* TELEDYNE CONTINENTAL MOTORS, INC. Sup. Ct. Pa. Certiorari denied.

No. 11–801. SIZEMORE *v.* PLAIN DEALER ET AL. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 11–805. TETON MILLWORK SALES *v.* SCHLOSSBERG. C. A. 10th Cir. Certiorari denied.

No. 11–806. 84 VIDEO/NEWSSTAND, INC., ET AL. *v.* SARTINI, ASHTABULA COUNTY PROSECUTOR, ET AL. C. A. 6th Cir. Certiorari denied.

No. 11–810. BURKE *v.* KLEVAN. App. Ct. Conn. Certiorari denied.

No. 11–848. DOE *v.* KEATHLEY. Ct. App. Mo., Western Dist. Certiorari denied.

No. 11–851. GILBERT *v.* BOARD OF EQUALIZATION OF TULSA COUNTY, OKLAHOMA. Ct. Civ. App. Okla. Certiorari denied.

No. 11–854. GOREE *v.* LINCOLN PARISH DETENTION CENTER. C. A. 5th Cir. Certiorari denied.

No. 11–868. GREENE ET AL. *v.* BARTLETT, DIRECTOR, NORTH CAROLINA BOARD OF ELECTIONS, ET AL. C. A. 4th Cir. Certiorari denied.